UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALPINE FORWARDERS INC,<br><br>Plaintiff(s),<br><br>v.<br><br>HARTFORD FIRE INSURANCE CO,<br><br>Defendant(s). | CASE NO. 2:21-cv-00709-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) This matter comes before the Court on the suspension of Plaintiff's counsel from practice before this Court. *See* Order of Reciprocal Discipline, Case No. 2:22-rd-00074 (June 30, 2022), ECF No. 3 (order of suspension of Tymon Berger).

(2) Mr. Berger is the only counsel listed for Plaintiff in this case. He has not filed a Notice of Suspension in this case.

(3) Pursuant to Western District of Washington Local Civil Rule ("LCR") 83.2(b)(6):

MINUTE ORDER - 1

> When an attorney suddenly becomes unable to act in a case due to . . . suspension, the party for whom he or she was acting as attorney must, before any further proceedings are had in the action on his or her behalf, unless such party is already represented by another attorney, (i) appoint another attorney who must enter an appearance in accordance with subsection (a) or (ii) seek an order of substitution to proceed pro se in accordance with [LCR 83.2(b)(4)].

(4) As a business entity, Plaintiff is not permitted to proceed *pro se* in this District. LCR 83.2(b)(4) ("A business entity, except a sole proprietorship, must be represented by counsel."). Accordingly, the Court hereby ORDERS Plaintiff to either (1) comply with LCR 83.2(b)(6) by appointing a new attorney or (2) file a status report with the Court explaining its failure to do so **within thirty (30) days** of this Order. Absent such action, the Court may dismiss the case for failure to prosecute.

(5) While Mr. Berger has not provided contact information for Plaintiff, the website for the Secretary of State for Washington lists Plaintiff as an active, registered corporation in this State with the following registered agent:

Name: Heather Porter

Mailing Address: PO Box 14716, Mill Creek, WA 98012

Street Address: 6010 174th St SE, Snohomish, WA 98296

(6) The Clerk is DIRECTED to send a copy of this Minute Order to Plaintiff at the addresses listed above.

Dated this 13th day of July 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk