UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALPINE FORWARDERS INC, | CASE NO. 2:21-cv-00709-TL |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| HARTFORD FIRE INSURANCE CO, | |
| Defendant(s). | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Parties have submitted a stipulation for a protective order. Dkt. No. 21. The proposed protective order appears to differ in some respects from the model order in this District, as provided here:

https://www.wawd.uscourts.gov/sites/wawd/files/ModelStipulatedProtectiveOrder.pdf.

(2) The proposed protective order also fails to attach the "Acknowledge and Agreement to Be Bound," referenced in the proposed order as Exhibit A. Dkt. No. 21 at 3.

(3) Local Civil Rule ("LCR") 26(c)(2) provides that "[p]arties that wish to depart from [the District's] model order must provide the court with a redlined version identifying departures from the model." The Parties have failed to do so.

(4) Accordingly, it is hereby ORDERED:

    (a)    The pending Stipulation for Protective Order (Dkt. No. 21) is STRICKEN.

    (b)    The Parties are DIRECTED to file a corrected stipulated protective order that includes the redline required by LCR 26(c)(2) and any exhibits referenced in the stipulated order **within three (3) days** of this Order.

Dated this 14th day of November 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk