THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALPINE FORWARDERS, INC., a Washington corporation,<br><br>    Plaintiff,<br><br> v.<br><br>HARTFORD FIRE INSURANCE CO., a foreign corporation, and its operational entities issuing Bond No. 52BSBGS2405,<br><br>    Defendant. | No.: 2:21-cv-00709-TL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS |

## I. STIPULATION

Plaintiff Alpine Forwarders, Inc. and Defendants Hartford Fire Insurance Company have reached a final settlement and stipulate that all claims that were or could have been brought in this action may be dismissed in their entirety with prejudice, and without attorney fees or costs to any party.

//

//

DATED this 15th day of August, 2023.

| BULLIVANT HOUSER BAILEY PC | MDK LAW |
|---|---|
| *s/ Matthew J. Sekits* | *s/ James P. Ware (per email approval)* |
| Matthew J. Sekits, WSBA #26175 E-mail: matthew.sekits@bullivant.com<br>Caitlyn Mathews, WSBA #60055<br>E-mail: caitlyn.mathews@bullivant.com | James P. Ware, WSBA #36799<br>E-mail: jware@mdklaw.com<br>Dennis Kasimov, WSBA #51303<br>E-mail: dkasimov@mdklaw.com |
| *Attorneys for Defendant Hartford Fire Insurance Company* | *Attorney for Plaintiffs Alpine Forwarders, Inc.* |

## ORDER

IT IS SO ORDERED.

Dated this 15th day of August, 2023.

_____
Tana Lin
United States District Judge